BERKES CRANE ROBINSON & SEAL LLP
Peter J. Marcus (SBN 202602)
  pmarcus@bcrslaw.com
Laurie S. Julien (SBN 136974)
  ljulien@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:    (213) 955-1150
Facsimile:    (213) 955-1155

HUSCH BLACKWELL
Scott Davis (TX 05547030) *Pro Hac Vice*
  Scott.Davis@huschblackwell.com
Jason B. Heep (TX 24077587) *Pro Hac Vice*
  Jason.Heep@huschblackwell.com
Karen L. Tidwall (WI 6216945) *Pro Hac Vice*
  Karen.Tidwall@huschblackwell.com
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
Telephone:    (214) 999-6187
Facsimile:    (214) 999-6170

Attorneys for Plaintiff,
SUMCO PHOENIX CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMCO PHOENIX CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEGRIS/MILLENNIUM JOINT VENTURE, LLC,<br><br>          Defendant. | CASE NO. 3:21-cv-00472-EMC<br><br>**STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (CIVIL L.R. 6-1(a))** |

Pursuant to U.S. District Court, Northern District of California Civil Local Rule 6-1(a), Plaintiff SUMCO Phoenix Corporation and Defendant Integris/Millennium Joint Venture, LLC have agreed to extend by 30 days the present February 22, 2021 deadline for Integris's deadline to file an Answer or otherwise respond to the Complaint [Doc. 1]. This stipulation was entered into at Integris's request. Therefore, Integris will file its Answer or otherwise respond to the Complaint

LAW OFFICES
BERKES CRANE
ROBINSON & SEAL

Case No. 3:21-cv-00472-EMC
STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(CIVIL L.R. 6-1(a))

on or before March 24, 2021.

This is the first extension of time requested or stipulated to in the case. It should not affect the existing schedule in the case.

This stipulation is being promptly filed pursuant to Civil L.R. 5 and 6-1(a).

**IT IS SO STIPULATED.**

DATED: February 19, 2021            BERKES CRANE ROBINSON & SEAL LLP


By:     /s/ Peter J. Marcus
        PETER J. MARCUS
        LAURIE S. JULIEN
        Attorneys for Plaintiff,
        SUMCO PHOENIX CORPORATION


DATED: February 19, 2021            HUSCH BLACKWELL


By:     /s/ Jason B. Heep, *Pro Hac Vice*
        SCOTT DAVIS, *Pro Hac Vice*
        JASON B. HEEP, *Pro Hac Vice*
        KAREN L. TIDWALL, *Pro Hac Vice*
        Attorneys for Plaintiff,
        SUMCO PHOENIX CORPORATION


DATED: February 19, 2021            DOWNEY BRAND LLP


By:     /s/ [illegible] Soran
        [illegible] RAN
        Attorneys for Defendant,
        [MILL]ENNIUM JOINT VENTURE,

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

64K4339.DOCX

LAW OFFICES
BERKES CRANE
ROBINSON & SEAL

2                                           Case No. 3:21-cv-00472-EMC
STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(CIVIL L.R. 6-1(a))